UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
FANTASIA COMBS, :
 : 20 Civ. 2746 (PAE)
                         Plaintiff, :
 : <u>ORDER</u>
        -v- :
 :
THE AMERICAN EXPRESS COMPANY, et al., :
 :
                      Defendants. :
 :
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

    Due to a conflict with the Court's schedule, the initial pretrial conference scheduled for May 12, 2020 at 2 p.m. is adjourned until May 12, 2020 at 3 p.m. The conference will remain a telephonic conference, and the deadlines in the Court's order at Dkt. 6 still apply.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 4, 2020
       New York, New York